IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-21018
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JANADRICK KEMONT DRONES,

Defendant-Appellant.

_____
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CR-125-3
_____
July 1, 1997
Before DAVIS, EMILIO M. GARZA, and STEWART, Circuit Judges

PER CURIAM:[*]

Janadrick Kemont Drones appeals the district court's reinstatement, following a remand by

this court, of his jury verdict conviction for conspiracy to possess cocaine base with intent to

distribute and for aiding and abetting the possession of cocaine base with the intent to distribute.

Drones argues that the evidence is insufficient to support his conviction. This argument was

previously examined and rejected by this court when it reversed the district court's judgment of

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

acquittal and remanded the case for the district court to reinstate the jury's guilty verdict.  United

States v. Drones, No. 95-20813, slip op. at 6-7 (5th Cir. July 2, 1996) (unpublished).  Accordingly,

the law-of-the-case doctrine bars this issue from being relitigated.    See United States v. Mendez,

102 F.3d 126, 131 (5th Cir. 1996).

AFFIRMED.